[Crim. No. 881. First Appellate District, Division One.—December 1, 1919.]

In the Matter of the Application of EARL WILLIAMS for a Writ of Habeas Corpus.   ,

[1] HABEAS CORPUS — INSUFFICIENT APPLICATION.—Where it does not sufficiently appear from an application for a writ of *habeas corpus*, aside from certain legal conclusions, how, or in what manner, it is claimed the imprisonment of the person in whose behalf the writ applied for is illegal, the application will be denied.

APPLICATION for a Writ of Habeas Corpus.   Denied.

The facts are stated in the opinion of the court.

Raine Ewell for Petitioner.

THE COURT.—[1]   Aside from certain conclusions, contained in the application for a writ of *habeas corpus*, it does not sufficiently appear therefrom how or in what manner it is claimed the imprisonment of the person, in whose behalf the writ is applied for, is illegal.

The application is, therefore, denied.